# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins,

        Plaintiff

vs.

(1.) Jim B. Attig
(2.) R. Pfister    M. Melvin (6)
            Mr. Beal    (7)
(3.) A. Motteler    Mr. Wheeler (8)
(4.) K. Prentice    A. Salinas (9)
(5.) T. Punke    Scott Holte (10)

        Defendant(s)

Case No. 1:15-cv-1202
*(The case number will be assigned by the clerk)*

SCANNED AT MENARD and E-mailed
8-4-15   by JC    9 pages
date    initials    No.

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Joshua Hoskins

   Prison Identification Number: R54570

   Current address: Menard correctional center P.O. box 1000 Menard IL 62259

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Jim Attig

   Current Job Title: Correctional internal affairs officer

   Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

   Defendant #2:

   Full Name: Scott Holte

   Current Job Title: Correctional lieutenant

   Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

   Defendant #3:

   Full Name: A. Salinas

Current Job Title: Correctional officer

Current Work Address: Pontiac correctional center P.O. box 99 Pontiac Il 61764

Defendant #4:

Full Name: Randy Pfister

Current Job Title: Warden of security/Operations

Current Work Address: Pontiac correctional center P.O. box 99 Pontiac Il 61764

Defendant #5:

Full Name: A. Motteler

Current Job Title: Assistant Warden

Current Work Address: Pontiac correctional center P.O. box 99 Pontiac Il 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

3

Defendant #6: Michael ??????
Current Job title: superintendent
Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

Defendant #7: K. Prentice
Current Job title: Major
Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

Defendant #8: T. punke
Current Job title: lieutenant
Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #9: D. Beal
Current Job title: lieutenant
Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

Defendant #10: K. Wheeler
Current Job title: correctional officer
Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _____
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed? Yes ☐  No ☐  I Never Received all the grievances back and was being told that my grievances was destroyed.

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac correctional center

Date(s) of the occurrence  from April 24th 2014 - September 25th 2014 - 4/24/15

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

(1.) On April 24th 2014 C/O J. Attig put a false Disciplinary report against me, due to me, had written grievances on Pontiac Correctional Center (I.D.O.C.) staffs and due to other reasons that wasn't legal, after Officer J. Attig put the false Disciplinary report against him and Ms. Prentice who was a lieutenant at the time both had placed me in a unsanitized cell in the West cell House (cell WC#102) a cell that had Feces, blood, garbage smeared everywhere in the cell, fumes of Feces and urine in it where I remained in that cell several weeks being told by C/O J. Attig and Ms. Prentice that I would not allowed to take showers, receive hygiene necessities, toilet tissue sanitation supplies and was being treated like that due to grievances I had written on Ms. Prentice and other staffs and for other reasons, that they was gonna inform all their institution staffs to continue to mistreat me the way I was being treated by Attig & Prentice. (2.) during the 3 to 11 shift at the Pontiac correctional center in April 2014 C/O K. Wheeler and lieutenant Mr. Beal both had came to my cell W102 I had identified the conditions of my cell being smeared with Feces, had fumes of Feces and urine in it Lt. Mr. Beal and C/O K. Wheeler both had stated that all them (staffs) was aware of my living conditions and was not allowing me to sanitize my cell, body nor providing me with hygiene necessities, toilet tissue nor other human necessities since I had written grievances on their institution staffs nor was they moving me to a sanitize cell. (3.) in April 2014 or no later than May 2014 while I was outside of the West cell House I saw assistant warden A. Motteler and warden R. Pfister separately I told them both that I had been in a cell that had Feces, garbage, blood smeared all in it with

5

the fumes of feces and urine in it. was being denied hygiene necessities, toilet tissue and sanitation products had no coldwater had to drink out of the toilet that my body was itching bad. A. Motteler response was "that's what you deserve Heskins this is what you get for grieving (writing grievances) on my staffs and I (Motteler) been aware of that and told all my cell house staffs to treat you that way. R. Pfister response was that he didn't give a fuck hoped that I caught hepatitis from my living conditions and why should him and his staffs not mistreat me like that when I wrote grievances on his institution staffs that he gave all his staffs the okay to place me in all unsanitized cells with inmates who they knew was nasty. (4.) In April 2014 or no later than May 2014 M. Melvin did a tour in the west cell house he stoped in front of my cell. I identified my name to M. Melvin he (Melvin) immediately stated I don't want to hear shit about the conditions how your cell is we all know and told all of our staffs to continue to house you in cells full of feces, vomit and other nasty shit this what you deserve specially when you grieve (write grievances) on my staffs. (5.) during the 2 1/2 week in May 2014 I was moved to the East cell house and was placed in a cell that had water leaks from the silling no ventilation working, mices, Roaches, flies, Nets, cotton balls and Dust that was everywhere in the cells with Dried Feces on the floor. Mold on the mattress that I had to sleep on I remained in that cell weeks peice to I saw and spoke with Lt. Punke in June 2014 when I identified my issues (living cell conditions) to t. Punke who was the cell house 5 day lieutenant. His response was that he knew and housed me in that cell since I had written grievances on Ms. Prentice and other staffs that he told all staffs that I was Barred from receiving showers, hygiene necessities from commissary, sheets, blanket, Yard and other human necessities. and if commissary hygiene necessities was found in my cell he was gonna frame me with a shank (knife) I remained in that cell from May 2014 second week all up until the second week of August 2014. (6.) In August 2014 during a tour I told Warden Pfister that my health was bad due to my denials of human necessities his response was that he didn't give a fuck was gonna make sure I never received yard, hygiene necessities and other human necessities that he hated me since I wrote grievances on his staffs that I was screwed.

6

(7.) In August 2014 Lt. Funke came to my cell and stated since I kept complaining about my living conditions he was moving me into a cell with a guy who he (Funke) knew that was very nasty. Lt. Funke moved me in a cell with a inmate who smelled very bad didn't care about his hygeine nor my denials of human necessities and I remained in another unsanitized cell with that inmate for over a month. As a result of my unsanitized living conditions I suffered from having to itch scratch for 5 months my body had pus filled blisters red bumps with fluid in them that looked like mosquito bites I was vomitting daily for months body wash shaking I was loosing weight depressed cried daily couldnt sleep had sores on my body from scratching I was coughing sneezing daily headaches daily couldnt sleep function focus nor exercise the small amount of commissary hygeine items I was receiving I had to have other inmates to take possession of them because if the items was found in my cell it would have been a issue on me due to my body weight loss I gave those hygeine necessities away to other prisoners for 1 of their 3 meals. (8.) As a result of the April 24th 2014 false Disciplinary report that c/o J. Attig put against me, officer A. Salinas and lieutenant Scott Holte both had told me that they knew the Disciplinary report was false but they was finding me guilty of the disciplinary report and giving me 1 year segregation placement 1 year c-grade loss and 6 months no contact visits only because I had written grievances on their buddies (other staffs). Due to my 1 year segregation placement I couldnt have contact visits with my family which made me and my family members worried, cried, was very paranoid, stressed out and was angry. Depressed could focus and it was the same due to my 1 year c-grade loss when I could call my family relatives on the telephone my family members was stressed out cried hurt including myself I loss alot of hair and body weight I shaked was very nervous daily couldnt sleep. I had to stay in segregation confinement and c-grade loss from 4/24/14 to 4/24/15. (9.) I was told in 8/14 by a counselor Ms. Kennedy that she was never receiving my grievances that I was writing sending to her. Grievances in support of this complaint. I was later told that my grievances was distroyed. (10.) Whats stated in this complaint is only some of my issues my complaint cant be long. I want it to be noted that I was sending numerous sick call slips and talking to nurses about my conditions of my body from my denial of yard muscle pains aches muscle jumps muscle cramps and living conditions that effected my body my medical issues was at all times ignored by the Health care unit staffs when they seen me medication.

## RELIEF REQUESTED

(State what relief you want from the court.)

I wish to be rewarded monetary compensation in the amount of $100,000. in compensatory damages $25,000. in punitive damages from each defendant. each damages will cover for my sufferings stated in this complaint. im requesting that the defendants be held liable in their individual and official capacities im requesting that the defendants pay all court and attorney fees im requesting for injunctive relief and any other relief that the court feels deem Just and equitable.

JURY DEMAND     Yes ☑     No ☐

Signed this ___3___ day of __August__, 20_15_.

_____
( Signature of Plaintiff)

| | |
|---|---|
| Name of Plaintiff: Joshua Hoskins | Inmate Identification Number: R54570 |
| Address: Menard Correctional Center P.O. Box 1000 Menard IL 62259 | Telephone Number: N/A |

8