# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **JOSHUA LEE HOSKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 15-1202** |
| | ) | |
| JIM B. ATTIG, PATRICIA WEST | ) | |
| ABERARDO A. SALINAS, | ) | |
| SCOTT T. HOTTE, RANDY PFISTER, | ) | |
| HASTINGS, G. FRENCH, | ) | |
| TERI KENNEDY, TROY MORSE, | ) | |
| TRAVIS BAYLER, GUY D. PIERCE, | ) | |
| PIERCE, J. OLSON, WEBBER, | ) | |
| SUSAN PRENTICE, HADSAIL, | ) | |
| MICHAEL MELVIN, JOHN WHEAT, | ) | |
| V. TRANCOSO, D. SHULL, ZOOK, | ) | |
| POSEY, BLACKARD, HOBART, | ) | |
| R. DAVIDSON, COOPER, PIMIGINNIS, | ) | |
| EUTSEY, DUANE BEAL, | ) | |
| SCOTT HOTE, SCHARDAN, | ) | |
| SHELTON, FORBES, WINEMILLER, | ) | |
| ROBINSON, E. VILT, M. TAYLOR, | ) | |
| JOHN DOE-1, WILLIAM BREWER, | ) | |
| DAVIS, HITCHENS, D. MORONEY, | ) | |
| SM RENNER, ALLEN, T. NODINE, | ) | |
| BLACKWELL, LEROY, S. PUNKE, | ) | |
| TODD PUNKE, R. LORD, MEISTER, | ) | |
| C. LEONARD, TODD, DALTON, | ) | |
| P. THORSON, MR. LONG, D. LEWIS, | ) | |
| ROSENBERG, J. BOLAND, SKEENS, | ) | |
| HENRY, T. WELLS, | ) | |
| SALVADOR GODINEZ, | ) | |
| CO LINDSAY, J. BENNETT, | ) | |
| WHITECOTTON, D. RAINERI, | ) | |
| J. JAMES, CHAD BROWN, K. SHULL, | ) | |
| JOHN DOE I, | ) | |
| DONALD STOLWORTHY, | ) | |
| SARATT JOHNSON, MCCLURE, | ) | |
| R. SNYDER, LOVRANT, LOVRANT, | ) | |
| GISH, T. SULLIVAN, THROP, | ) | |
| J. WATSON, P. GRIFFITH, | ) | |
| C. RAMSEY, B. SCHMELTZ, DOYLE, | ) | |
| P. KRAUSHAAR, J. LILES, | ) | |

| | |
|---|---|
| J. HALLEY, AW LEWIS, | ) |
| A. LEWIS, T. WILSON, J. NEWKIRK, | ) |
| M. NUDING, R. SLAYTON, | ) |
| T. JAHNSEN, J. BELL, A. WILDER, | ) |
| BIERBAUM, C. BRUBAKER, | ) |
| HEDRICK, RUNYON, | ) |
| J. DRUNENBERG, WEHRLE, | ) |
| R. RODRICK, W. WOODS, | ) |
| MEREDITH, J. FISHER, C. PAUL, | ) |
| D. HALL, MANS, UBLISH, K. MILLER, | ) |
| W. LEE, C. MILLER, MOLINERO, | ) |
| KEENS, TUTORY, TORREZ, | ) |
| BEAUPRE, DANIEL BAILEY, | ) |
| HOWE, G. HENKEL, I. DOOLIN, | ) |
| DAYTON, B. HOWARD, R. COLEY, | ) |
| D. CARTER, D. BLANCHARD, | ) |
| MEREDITH. J. BERRY, JONESON, | ) |
| Z. SMITH, C. ROBERTS, | ) |
| KEVIN WHEELER, | ) |
| ANABELLE MOTTELER, | ) |
| NURSE DOE #1, and NURSE DOE #2, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recover nothing on his claims against Defendants and that this action is dismissed on its merits.

**Dated: April 18, 2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court


Approved:   LE
